USDC SCAN INDEX SHEET











USA

BERGER

GB
3:96-M -00962
*1*
*CRCMP.*

]

mag 

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Magistrate's Docket No. __96096 M__

Case No. _____

__ROBERT BERGER_____, now presented before
(Name of Accused)

The Honorable __Luisa S. Porter__, United States Magistrate Judge,

for arraignment and fixing of bail, has been charged before a United States

Magistrate Judge in the __Northern__ District of __California__ that

on or about __5/21/96__, at __San Diego, CAlifornia__
(Date of Offense)

in violation of United States Code, Title __18__, Section __3146__,

the accused __failed to surrender to begin his sentence of 120 months__
(Brief Statement of Offense Charged)
as ordered on 4/2/96 by the United States District Court in the Northern

District of California, San Francisco.

_____

_____


and a warrant for his/her arrest was issued the same day by the aforesaid

magistrate.

Bond in the sum of __Detention__ has been recommended by the

United States Attorney of the district in which charges are pending.

Dated: __5/21/96__

Tim Knaplund  _/s/ Tim Knaplund_
_____
Name of Affiant

Deputy United States Marshal
_____
Title

FILED
MAY 23 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

Lodged with me this __23rd__ day of __May__, 1996,

in lieu of certified copy of complaint against the accused.

_/s/ Luisa S. Porter_
_____
United States Magistrate Judge

1

1. Dis.Auth_____ 1A. USAO #_____ Ct. #_____ Agency #_____ 2. Hg.Date_____
3. AUSA_____ 4. Mag._____ 5.Mat.Wit.:Cust: NO. Arraign M/W Release M/W Other
Def.#___of___ 6.Def Name: Robert Berger           Soc. Sec.# 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
              Alias:_____       BirthDate  7/28/47
              Address: 767 Hymetus, Encinitas, CA

7. Flip? Yes No Charges  Failure to Surrender    8. Arrest Date  5/22/96
Penalties_____   Place of Arrest: Federal Courthouse
Agents  D. Dail/T.Knaplund    Phone #: 557-6620   Date Committed:_____
Agency_____   Program Category:_____

9. Custody? Yes No              10. Citizenship? U.S.  Mex.  Other_____
11. INS Status: Res BCC Illegal Other_____
Prior Deports:_____  Prior VR's:_____
Prior Record:_____

Drug Usage:_____  How Evidenced?_____
Cash on Def. $_____  Other Evidence_____
Agents Fact Summary:

   Subject has been charged in the Northern District of California with Failure to Surrender to begin custody. Subject was sentenced on 4/2/96 in N/CA to 120 months custody and was given a sulf-surrender date of 5/21/96, 4:00 p.m.

   A warrant was issued 5/21/96 by the Northern District of CAlifornia, #CR 94-385 FMS.


Agents Bail Info (Employment, Family, Etc.)_____
_____

Vehicle Seized (Describe)_____ Mat.Wit. Atty:_____
12. Def.Atty: Apptd. Rtd. To Retain   13. Def.Atty.Name_____
14. Plea: Guilty Count_____  NG Nolo  15. RCD? Yes No  16.Sent._____
Con't. Sent_____          16A.S.A.$_____ 17. Dism? Ct. Govt.
18. Next Court for_____ 19. Date_____ 20.Time_____ and for____on____at
21. Bond Set_____
                                       Conditions_____
22. Pers Info_____
23. Sentencing Guidelines:_____
24. Potential Forfeitures_____
_____

Gov't Sent. Recommendation:_____
Defendant's Sent. Recommendation:_____
Probation Dept. Recommendation:_____

☆ U.S. GOVERNMENT PRINTING OFFICE 1985—580-734

# WARRANT OF ARREST
## UNITED STATES DISTRICT COURT

**INSTRUCTIONS:** Type or legibly print. Forward copies No. 1 through No. 3 intact to the U.S. Marshal or other authorized officer; retain No. 4 copy. If applicable, use No. 4 copy to withdraw warrant. After completion of return, U.S. Marshal will distribute copies No. 1 through No. 3 as appropriate.

| NAME OF PERSON TO BE ARRESTED | DISTRICT OF ISSUE (Include City and State) | MAGISTRATE/CLERK DOCKET NO. |
|---|---|---|
| Robert Berger | NORTHERN DISTRICT OF CALIFORNIA | CR 94-385 FMS |

### REASON FOR WARRANT

☐ Complaint  ☐ Indictment  ☐ Information  ☐ Probation Violation  ☒ OTHER (Specify)

| U.S.C. TITLE | SECTION | BRIEF DESCRIPTION OF CHARGE(S) | BAIL (If applicable) |
|---|---|---|---|
| 18 | 3146(a)(2) | Failure to surrender | NO BAIL |

| DATE OF ISSUE | TITLE OF ISSUING OFFICIAL | SIGNATURE OF ISSUING OFFICIAL |
|---|---|---|
| 5/21/96 | Deputy Clerk | Lou Murray |

**To: ANY U.S. MARSHAL OR ANY OTHER AUTHORIZED OFFICER**

☐ You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest available United States Magistrate or District Court Judge to answer the above stated charge(s) in the complaint.

☐ You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest United States District Court or (if applicable) before the nearest United States Magistrate in the arresting district to answer the above stated charge(s) in the indictment or information.

☒ You are hereby commanded to arrest the above named person and bring this individual forthwith before the United States District Court or (if applicable) before the United States Magistrate in the issuing district at the location shown above to answer to charges of violation of conditions of ~~probation~~ failure to surrender imposed by the United States District Court.

THE U.S. MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON. IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER, THE U.S. MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW.

### RETURN

I certify I executed this warrant and such other order directed herein as shown below.

| DATE RECEIVED | ARRESTING AGENCY (If not U.S. Marshal) | SIGNATURE OF ARRESTING AGENT (If not U.S. Marshal) | | |
|---|---|---|---|---|
| DATE COMMITTED | PLACE OF CONFINEMENT (If applicable) | ☐ Executed | ☐ Unexecuted | ☐ Withdrawn |
| DATE OF RETURN | NAME OF U.S. MARSHAL | SIGNATURE OF U.S. MARSHAL OR DEPUTY | | |

NA FORM 8   NORTHERN DISTRICT OF CALIFORNIA

1. ACTION COPY (Clerk of the Court Record)

MAY 21 '96 03:03PM CLERK, US DIST COURT

P.3

PS 8
(8/88)

# United States District Court

for
Northern District of California

FILED
MAY 21 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S.A. vs: __ROBERT BERGER__   Docket No. __CR94-0385 FMS__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __Gina M. Silva__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Robert Berger__ who was placed under pretrial release supervision by the Honorable __Magistrate Owen E. Woodruff__ sitting in the court at __SF__, on the __4th__ date of __January__, 19__95__ under the following conditions:

1. Defendant shall post a bond of $210,000, secured by property;
2. Defendant's wife shall serve as third party custodian;
3. Defendant shall surrender all passports and not apply for any travel documents;
4. Defendant and his wife agree in writing that should he fail to appear at any stage in the criminal case, they shall forfeit all right, title and interest in any property seized by law enforcement agencies; and
5. Defendant shall be confined to his residence with electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here; if lengthy write on separate sheet and attach)

As pronounced on April 2, 1996, the defendant was sentenced to 120 months custody. He was given a self-surrender date of May 21, 1996. As of 4:00 pm on May 21, 1996, the defendant has failed to surrender to begin his sentence. (It should be noted that 4:00 pm is the close of business day for the United States Marshals Office. The defendant has been advised of the same).

PRAYING THAT THE COURT WILL ORDER that an arrest warrant be issued as the defendant failed to surrender to begin his sentence.

ORDER OF COURT

Considered and ordered this __21st__ day of __May__, 19__96__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

Respectfully,

GINA M. SILVA
_____
U.S. Pretrial Services Officer

Place __San Francisco, CA__

Date __May 21, 1996__