USDC SCAN INDEX SHEET











USA

BERGER

GB
3:96-M -00962
*3*
*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Berger, Robert__ ( 1 ) _____ ( ) No. __96-962M__
_____ ( ) _____ ( ) _____ ( )
_✓_ Present  _✓_ In Custody  ___ On Bond  ___ O/R  ___ Probation  ___ N/A  ___ NTA  _✓_ Surrender
Magistrate Judge: __LOUISA S. PORTER__  Ctrm Dep __I. FLETES__  Rptr _____
Asst U.S. Atty __Linda Candler__  Tape No.: POR 96 __2, 2890-3119, 3270__
Attorney __FD M. Forde__ _____ __S/A__ ___ for ( ) ___ appt ___ Ret
_____ for ( ) ___ appt ___ Ret
_____ for ( ) ___ appt ___ Ret
_____ for ( ) ___ appt ___ Ret
_____ Appt for Mat Wits

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DOA:_____ FIRST APPEAR:_____ ___ Deft Arr on Complaint/ODC/OSC
___ P/E ___ F/P ___ Removal Hrg: ___ Waived ___ Set/Cont to_____
___ Case Dismissed - On oral Mot of Court/Gov't/Def, w/out prej. ___ Ord Removed
___ Bail Review ___ Affirmed ___ Set At/Modified to _____

___ Deft N/A, on oral mot US Atty Bond forf & B/W issued ___ Bail_____
___ B/W withdrawn - Issd abs to USMS ___ forf set aside ___ Bond reinstated
___ Waiver of Ind fld ___ Superseding ___ Ind ___ Info filed ___ Cert re Juv Del fld
___ Fld Consent to trial by Mag ___ Deft states TN to be _____
___ Arr & Plea (SI) ___ Ch Plea (SI) ___ Guilty Cts ___ ___ Not Guilty Cts_____
___ Time to P/E is excluded ___ Deny ___ Admits Juv Del Cts____
___ Set/Cont to_____ ___ Bond Exonerated/Revoked
___ Ref P/O for PSI & Sent set for_____
___ Re-assigned to Judge _____ & Cont to _____
___ for ___ Motion/Trial settg ___ Dispo ___ Hrg P/T Mots ___ OSC _____
___ Rev Probation ___ Admit ___ Deny ___ Ct finds deft ___ in viol ___ not in viol
___ Prob ___ revoked ___ terminated ___ reinstated on probation ___ _____
___ Cont on Prob ___ Hrg cont to _____ ___ Rem cts ___ Undly ind dismissed
___ Bail Review Mat Wits ___ Affirmed ___ M/Ws Ord Rel; US Atty to prepare order
___ Set at/modified to __$1,000 P/S + $100 Cash Deposit & reside with surety approved by AUSA__
___ Cts ___ ___ ISS ___ CAG _____ ___ Exec of (__balance) sent suspend
___ Prob/Sup Rel for ___ yrs ___ months ___ supv ___ unsupv ___ upon _____
___ Restitution ord ___ Sum of $_____ ___ payments ___ as determined by P/O
___ Fine $_____ ___ Penalty assess $ __.00__ ___ remitted ___ f/w
_✓_ Other __Deft waived - Fld. waiver of Rule 40 Hrg. Court ordered deft to begin serv sentence. Court made (tele call) to the Northern District to Judge Fern Smith to inform that the deft is present; will begin serving sentence. Clerk from the Northern Dist will prepare necessary documents for exoneration of bond. Dismiss OSC - Recall Bench Warrant.__

Date __5/23/96__                                                       _____
M/O 15 (revised 1/92)            3                              Deputy's Initials